MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
ADAM M. SOLINGER, ESQ.
Nevada Bar No. 13963
LAS VEGAS DEFENSE GROUP, LLC
2300 W. Sahara Avenue, Suite 450
Las Vegas, NV 89102
(702) 331-2725- Telephone

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:16-mj-00755-PAL |
| | ) | |
| vs. | ) | |
| | ) | STIPULATION TO CONTINUE |
| | ) | BENCH TRIAL |
| JOHN DOUGLAS BOYER, JR., | ) | |
| | ) | (Third Request) |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Michael L. Becker, counsel for John Douglas Boyer, that the bench trial in the above-captioned matter, currently scheduled for April 5, 2017, at the hour of 8:45 a.m., be vacated and continued for thirty (30) days or to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. The parties are in the process of negotiating a resolution of case that would obviate the need for trial. The parties need additional time to do so.

2. Defendant is out of federal custody and agrees to the continuance.

1

3.   Denial of this request for a trial continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4.   Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.   The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

6.   This is the third stipulation to continue filed herein.


DATED this 27th day of March, 2017.

MICHAEL L. BECKER                          Steven W. Myhre
Attorney for John Boyer                       Acting United States Attorney


/s/ Adam M. Solinger, Esq.                    /s/ Richard A. Lopez, Esq
ADAM M. SOLINGER, ESQ.               RICHARD ANTHONY LOPEZ, ESQ.
Nevada Bar No. 13963                         ASSISTANT UNITED STATES ATTORNEY
2300 W. Sahara Ave., Ste. 450
Las Vegas, NV 89102

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:16-mj-00755-PAL |
| ) | |
| vs. ) | |
| ) | ORDER CONTINUING |
| JOHN DOUGLAS BOYER, JR., ) | BENCH TRIAL |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for April 5, 2017, at the hour of 8:45 a.m., be vacated and continued to _____ May 10 _, 2017, at the hour of 8:45 a.m.

IT IS FURTHER ORDERED that no further extensions will be allowed.

DATED this 31st day of March, 2017.


_____
U.S. MAGISTRATE JUDGE

3