MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
ADAM M. SOLINGER, ESQ.
Nevada Bar No. 13963
LAS VEGAS DEFENSE GROUP, LLC
2300 W. Sahara Avenue, Suite 450
Las Vegas, NV 89102
(702) 331-2725- Telephone

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN DOUGLAS BOYER, JR.,

        Defendant.

CASE NO. 2:16-mj-00755-PAL

STIPULATION TO CONTINUE
BENCH TRIAL

(Fourth Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Michael L. Becker, counsel for John Douglas Boyer, that the bench trial in the above-captioned matter, currently scheduled for May 10, 2017, at the hour of 8:45 a.m., be vacated and continued for five (5) weeks or to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. The parties are in the process of negotiating a resolution of case that would obviate the need for trial. The parties need additional time to do so. Specifically, the parties

1

are working on an essential term of the plea agreement to remain outside of the Lake Mead Recreation Area for a designated period of time.

2. Defendant is out of federal custody and agrees to the continuance.

3. Defense counsel, during a final due diligence review, realized that the video evidence in this case was no longer in the file. The replacement disk, graciously provided by the government, appears to have an error when attempting to play the video file and counsel for the parties is diligently working to resolve this issue.

4. This will be the final continuance in this matter and the parties agree that the trial will either go forward at the next setting or the case will be resolved via written plea bargain.

5. Denial of this request for a trial continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

8. This is the fourth stipulation to continue filed herein.

DATED this 4th day of May, 2017.

///

| | |
|---|---|
| MICHAEL L. BECKER<br>Attorney for John Boyer | Steven W. Myhre<br>Acting United States Attorney |
| */s/ Adam M. Solinger, Esq.*<br>ADAM M. SOLINGER, ESQ.<br>Nevada Bar No. 13963<br>2300 W. Sahara Ave., Ste. 450<br>Las Vegas, NV 89102 | */s/ Richard A. Lopez, Esq*<br>RICHARD ANTHONY LOPEZ, ESQ.<br>ASSISTANT UNITED STATES ATTORNEY |

## **ORDER**

**IT IS ORDERED** that the parties' Stipulation to Continue the Bench Trial (ECF No. 13) is **DENIED**.

Dated: May 5, 2017

Peggy A. Leen
United States Magistrate Judge